44 153
105 505

## L. Eugene Hewitt v. Ingham Circuit Judge.

*Costs on appeal to the circuit courts.*

Costs in cases heard and determined on appeal in the circuit, are under the control of the court under Comp. L. § 7427, and its discretion in deciding thereon will not be reviewed.

Mandamus. The relator recovered judgment in justice's court against respondent for $248.66. On appeal it was reduced to $104, and costs were given to defendant, whereupon relator moved to vacate the later judgment, as to costs, and on denial of the motion asked for a mandamus to vacate it and enter judgment for relator for his damages and costs. Submitted June 11. Denied June 23.

*Wm. W. Osborn* for relator cited Comp. L. § 7387, 5249, 4944 and 7427, and *People v. Bacon* 18 Mich. 247.

*M. V. & R. A. Montgomery* for respondent.

Marston, C. J. Under the proviso in 2 Comp. L. § 7427 the costs in cases heard and determined on appeal in the circuit court are under the control of the court. Although our attention has been called to several other sections supposed to have some bearing upon this question, none of them repeal, change or ˙ affect this proviso. See also § 5459. The discretion of the court in the premises we cannot review, and as the action of the court was authorized by law, the writ must be denied with costs.

The other Justices concurred.